UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
--------------------------------------------------X
UNITED STATES OF AMERICA,              :
                                       :    Hon. Joseph A. Greenaway, Jr., USDJ
              Plaintiff,               :    Criminal Case No. 99-705-01
                                       :
        v.                             :
                                       :    ORDER GRANTING EARLY
GERALD WEIR,                           :    TERMINATION OF
                                       :    SUPERVISED RELEASE
              Defendant.               :    PURSUANT TO 18 U.S.C.
                                       :    SECTION 3583(e)(1)
                                       :
--------------------------------------------------X

        :
```

This matter having been opened to the Court on the application of defendant, Gerald

Weir (Blair R. Zwillman, Esq. of the law firm Wilentz, Goldman & Spitzer, P.A. appearing) with

the consent of the United States of America (Deborah J. Gannett, Assistant United States

Attorney, appearing) for an order granting the early termination of defendant's supervised

release pursuant to 18 U.S.C. § 3583(e)(1) and the Court for good cause agreeing thereto IT IS

HEREBY ORDERED AND ADJUDGED on this _____9th_____ day of July of 2008

        that the five year period of supervised release that commenced in July, 2004 in the above

captioned matter, is hereby terminated pursuant to the above statute and such Order is effective

immediately.

Hon. Joseph A. Greenaway, Jr.,
United States District Judge